JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERA HILL,** | Case No. **2:23-cv-03310-JFW-Ex** |
| Plaintiff, | **ORDER** |
| vs. | |
| **CREDENCE RESOURCE MANAGEMENT, LLC,** | |
| Defendant. | |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

　　　　　　　　　　　　　　Dated this 22nd day of September, 2023.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　The Honorable John F. Walter